# Exhibit A

TURNER LAW FIRM, LLC
**BY:  ANDREW R. TURNER, ESQ.**
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
Attorneys for Plaintiff
**NJ Attorney ID 00690-1992**

| | |
|---|---|
| Plaintiff<br><br>UNITED SUPPLY COMPANY,<br>Division of USCO, INC.<br><br>vs.<br><br>Defendants<br><br>OPTIMUM AIR SOLUTION INC.,<br>HERSH FRIED and FRAIDEL FRIED | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION-SOMERSET COUNTY<br><br>Docket No. SOM L<br><br>Civil Action<br><br>COMPLAINT |

Plaintiff, by and through counsel, complaining of the Defendants, says:

## THE PARTIES

1. Plaintiff is in the business of selling plumbing supplies and related materials to the commercial trade.

2. Plaintiff maintains a place of business at 457 West End Avenue, North Plainfield (Somerset County), New Jersey 07060.

3. Defendant Optimum Air Solution Inc. ("Optimum") is an active corporation organized and existing under the laws of the State of New York.

4. Optimum maintains a place of business at 5 Jill Lane #100, Monsey (Rockland County), New York 10952.

5. Defendants Hersh Fried and Fraidel Fried (collectively the "Frieds") are natural persons with a last known address of 5 Jill Lane #100, Monsey (Rockland County), New York 10952.

6. The Frieds are owners/officers of Optimum and personal guarantors, jointly and individually, of its indebtedness to Plaintiff.

**FIRST COUNT**
(Book Account/Breach of Contract/Unjust Enrichment)

7. Plaintiff repeats the allegations of the preceding paragraphs as though set forth herein at length.

8. On or about April 22, 2004 Optimum executed and delivered a credit application to Plaintiff.

9. Along with the credit application the Frieds executed and delivered their personal guaranties of monies owed by Optimum.

10. A true, redacted copy of the Credit Application And Personal Guarantee is annexed as Exhibit A.

11. Thereafter the parties conducted business in accordance with the terms of credit and reliance on the Frieds' personal guaranties.

12. Optimum became indebted to Plaintiff on a book account and for the reasonable value of merchandise sold and delivered, and/or services rendered as set forth on Plaintiff's statement annexed as Exhibit B.

13. In accordance with the parties' agreement, finance charges accrued on the unpaid balance as reflected on Plaintiff's statement (Exhibit B).

14. At the time of default there was due and owing on the book account the sum of $240,991.78, which amount Optimum agreed to pay.

15. The account was referred for collection.

16. Optimum made one payment of $5,000.00 on account of the outstanding balance for which credit is given, leaving a balance due on the book account of $235,991.78 (Exhibit B).

17. Notwithstanding Plaintiff's demands, Optimum failed, refused, and neglected to make any further payments on the open balance.

18. Optimum has been unjustly enriched by accepting the value and benefit of Plaintiff's goods and services without payment therefor.

19. Plaintiff has been damaged by Optimum's conduct.

WHEREFORE, Plaintiff demands judgment against Optimum on this count in the sum of $235,991.78, plus interest, costs, and such other relief as the Court deems fair, just, and equitable.

**SECOND COUNT**
(Attorney's Fees)

20. Plaintiff repeats and reasserts the allegations of all preceding paragraphs as though set forth herein at length.

21. Pursuant to the terms of the credit application (Exhibit A), in the event of default and Plaintiff turning the account over

-3-

for collection, Optimum would pay an additional twenty-five (25%) percent of the amount due as a collection fee.

22. At the time of Optimum's default there was due and owing on the book account the sum of $240,991.78, twenty-five (25%) percent of which equals $60,247.94.

WHEREFORE, Plaintiff demands judgment against Optimum on this count in the sum of $60,247.94, plus interest, costs, and such other relief as the Court deems fair, just, and equitable.

### THIRD COUNT
(Guaranty)

23. Plaintiff repeats and reasserts the allegations of all preceding paragraphs as though set forth herein at length.

24. The Frieds are owners/officers of Optimum.

25. On or about April 22, 2004, Hersh Fried and Fraidel Fried executed and delivered to Plaintiff their personal guaranties of all the indebtedness of Optimum.

26. A true, redacted copy of the Frieds' personal guaranties is annexed as part of Exhibit A.

27. Notwithstanding Plaintiff's demands, the Frieds failed, refused, and neglected to make payment.

28. The Frieds, jointly and individually, are therefore indebted to Plaintiff for the total indebtedness of Optimum which totals to $296,239.72.

WHEREFORE, Plaintiff demands judgment against Hersh Fried and Fraidel Fried, jointly and individually, on this count in the

-4-

total sum of $296,239.72, plus interest costs, and such other relief as the Court deems fair, just, and equitable.

WHEREFORE, Plaintiff demands judgment against all Defendants, jointly and individually, on all counts in the total sum of **$296,239.72,** plus interest and costs.

                                      TURNER LAW FIRM, LLC
                                      Attorneys for Plaintiff

                                  BY: _____
Dated: June 7, 2021              ANDREW R. TURNER

CERTIFICATION PURSUANT TO
R. 4:5-1 and R. 1:38-7 (b) and (c)
and DESIGNATION OF TRIAL COUNSEL

The matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding, nor is any other action or arbitration proceeding contemplated to the best of my knowledge. There are no other parties who should be joined in the action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with R. 1:38-7(b).

Andrew R. Turner is hereby designated as trial counsel.

                                      TURNER LAW FIRM, LLC
                                      Attorneys for Plaintiff

                                  BY: _____
Dated: June 7, 2021              ANDREW R. TURNER

# EXHIBIT A

# CREDIT APPLICATION AND PERSONAL GUARANTEE

## USCO/INC

Divisions:
UNITED SUPPLY COMPANY / COMFORT CONTROLS KITCHEN & BATH WORKS / AUTHENTIC KITCHENS

P. O. Box 1259 West End Avenue & Route 22, North Plainfield, N.J. 07061

Wholesale Distributors/Plumbing, Hydronics, Air Conditioning, Industrial Supplies

West End Ave. & Rt. 22, North Plainfield, NJ 07061 ...... (908) 757-3232 ☐
Route 17S & Robinson Rd., Lodi, NJ 07644 ................ (201) 587-8180 ☒
47 Newman Springs Rd., Shrewsbury, NJ 07702 ........... (732) 741-1111 ☐
2305 Route 9, Toms River, NJ 08753 ............................. (732) 363-6600 ☐
7A Chris Court, Dayton, NJ 08810 ............................... (732) 329-8301 ☐
1001 Lower Landing Road, Blackwood, NJ 08012 ....... (609) 232-0420 ☐

Applicant's Name __Optimum Air Solution, Inc.__

Street __7 Cedar Lane__ City __Monsey__ State __NY__ Zip __10952__ Tel. No. __845-642-5995__

Type of Business __HVAC Installation & Service__ No. of Years Estab. __3__

Proprietorship _____ Partnership _____ Corp. __✓__

## PRINCIPALS and/or OFFICERS

Name __Hersh Fried__ Title __President__ Soc. Sec. No. _____

Address __7 Cedar Lane__ Own _____ Rent __✓__

Name _____ Title _____ Soc. Sec. No. _____

Address _____ Own _____ Rent _____

## FINANCIAL INFORMATION

Name of Bank(s) __Bank of New York__ Branch __Monsey__ Acct. No. _____

Name of Bank(s) _____ Branch _____ Acct. No. _____

## TRADE REFERENCES

Name __Blasco Supply, Inc__ Street __40 Robert Pitt Dr.__ City __Monsey__ State __NY__

Name __HVAC distributers__ Street __2 Industrial Dr.__ or in Norwood NJ City __Goshen__ State __NY__

Name __Wallwork Group__ Street __300 Corporate Dr.__ City __Blauvelt__ State __NY__

A Service Charge of 1-1/2% per month will be made on bills remaining unpaid after the 10th of the second month from date of purchase.

If this account is placed in the hands of a bonded collection agency, or attorney for collection the applicant and guarantor shall pay an amount equal to 25% of the unpaid principal and interest as a collection fee, which amount the undersigned agrees is reasonable.

This is to certify that the undersigned is a principal in the above named business. In consideration for the extension of credit by USCO/INC, and it's divisions and any affiliates, the undersigned, jointly and severally, do personally guarantee payment of all monies owed.

Date __4/22/04__ Principal _____ L.S.
                            Individually

Date __4/22/04__ Principal's Spouse _____

# EXHIBIT B

Statement As of Date: 3/31/2021



AIR CONDITIONING · HEATING
PLUMBING · GENERATORS

USCO
457 West End Avenue
North Plainfield, NJ 07060
908-757-3232
908-757-3232

OPTIMUM AIR SOLUTION, INC.
Customer ID:   107061
5 Jill Lane
Monsey, NY 10952
USA

845-642-5195

**Statement**
CUSTOMER ID
107061

| AS OF DATE | PAGE |
|---|---|
| 3/31/2021 | 1 of 5 |

Total Amount Due:
240,991.78

| Invoice Number | Invoice Date | Due Date | Purchase Order Number | Amount Due | Invoice Number | Amount Enclosed |
|---|---|---|---|---|---|---|
| 688795 | 5/30/2019 | 6/30/2019 | 2 CHELSEA | 3,704.69 | 688795 | |
| 690009 | 5/31/2019 | 6/30/2019 |  | 262.56 | 690009 | |
| 690056 | 5/31/2019 | 6/30/2019 | 32 beckett | 811.41 | 690056 | |
| 690057 | 5/31/2019 | 6/30/2019 | 12 elaine---1st flr | 527.52 | 690057 | |
| 690059 | 5/31/2019 | 6/30/2019 | 12 ELAINE | 1,866.44 | 690059 | |
| 690061 | 5/31/2019 | 6/30/2019 | YOSSI | 95.97 | 690061 | |
| 690206 | 5/31/2019 | 6/30/2019 | 15 FIELDCREST  MONSEY | 1,090.35 | 690206 | |
| 690207 | 5/31/2019 | 6/30/2019 | 90  HIGHVIEW | 2,180.69 | 690207 | |
| 690500 | 6/1/2019 | 6/1/2019 | Service Charge | 2,006.36 | 690500 | |
| 691520 | 6/5/2019 | 7/31/2019 | 43 NEW COUNTY RD | 3,293.19 | 691520 | |
| 693659 | 6/11/2019 | 7/31/2019 | 8 YALE-1 | 1,706.60 | 693659 | |
| 693666 | 6/11/2019 | 7/31/2019 | 14 MOCCASIN | 687.79 | 693666 | |
| 695565 | 6/17/2019 | 7/31/2019 | 10 MILFORD---MONSEY | 2,223.43 | 695565 | |
| 695566 | 6/17/2019 | 7/31/2019 | 43 NORTH MADISON AVE-SP VALLEY | 1,236.46 | 695566 | |
| 695567 | 6/17/2019 | 7/31/2019 | MEZRITCH   10977 | 1,375.57 | 695567 | |
| 698191 | 6/21/2019 | 7/31/2019 | 43 north madison | 1,236.46 | 698191 | |
| 698192 | 6/21/2019 | 7/31/2019 | 10  milford | 1,348.65 | 698192 | |
| 698255 | 6/21/2019 | 7/31/2019 | MEZRITCH   10977 | 1,218.55 | 698255 | |
| 700780 | 6/26/2019 | 7/31/2019 | 43 NORTH MADISON  APT 101 | 1,090.86 | 700780 | |
| 700837 | 6/26/2019 | 7/31/2019 | 2 ayden suffern | 733.00 | 700837 | |
| 700841 | 6/26/2019 | 7/31/2019 | 8 SOUTH POST  AIRMONT | 978.79 | 700841 | |
| 700858 | 6/26/2019 | 7/31/2019 |  | 2,060.87 | 700858 | |
| 702099 | 6/27/2019 | 7/31/2019 | 11 TEMPO  NEW CITY | 638.50 | 702099 | |
| 702100 | 6/27/2019 | 7/31/2019 | 32 Beckett - 10952 | 970.50 | 702100 | |
| 702178 | 6/27/2019 | 7/31/2019 | 26 MEZRITCH RD | 2,146.05 | 702178 | |
| 703142 | 6/28/2019 | 7/31/2019 |  | -2,223.43 | 703142 | |
| 703840 | 7/1/2019 | 7/1/2019 | Service Charge | 2,429.61 | 703840 | |
| 705685 | 7/8/2019 | 8/31/2019 | 43 NORTH MADISON   SP VALLEY | 1,090.86 | 705685 | |
| 705699 | 7/8/2019 | 8/31/2019 | 42 BRIARCLIFF - 10952 | 681.67 | 705699 | |
| 705700 | 7/8/2019 | 8/31/2019 | 7  willows  sp valley | 733.00 | 705700 | |

Statement As of Date: 3/31/2021



AIR CONDITIONING • HEATING
PLUMBING • GENERATORS

USCO
457 West End Avenue
North Plainfield, NJ 07060
908-757-3232
908-757-3232

OPTIMUM AIR SOLUTION, INC.

Customer ID:   107061
5 Jill Lane
Monsey, NY 10952
USA

845-642-5195

## Statement
**CUSTOMER ID**
107061

| AS OF DATE | PAGE |
|---|---|
| 3/31/2021 | 2 of 5 |

**Total Amount Due:**
240,991.78

| Invoice Number | Invoice Date | Due Date | Purchase Order Number | Amount Due | Invoice Number | Amount Enclosed |
|---|---|---|---|---|---|---|
| 705757 | 7/8/2019 | 8/31/2019 | 26 mezretch  NEW SQUARE | 1,575.87 | 705757 | |
| 705805 | 7/8/2019 | 8/31/2019 | 103  WEST st  SP valley | 3,032.24 | 705805 | |
| 705901 | 7/8/2019 | 8/31/2019 | 8 LARK 10977 | 4,991.65 | 705901 | |
| 706391 | 7/9/2019 | 8/31/2019 | 4 Rockwood  10901 | 6,265.43 | 706391 | |
| 706392 | 7/9/2019 | 8/31/2019 | 43 north madison  sp valley | 2,472.91 | 706392 | |
| 706394 | 7/9/2019 | 8/31/2019 | 38 meizritch  first-b | 691.03 | 706394 | |
| 706406 | 7/9/2019 | 8/31/2019 | 6 ROCKRIDGE 10984  THEILLS | 678.63 | 706406 | |
| 707493 | 7/11/2019 | 8/31/2019 | 31 NORTH MADISON | 545.43 | 707493 | |
| 707532 | 7/11/2019 | 8/31/2019 | 3 glode  airmont | 3,507.66 | 707532 | |
| 710010 | 7/16/2019 | 8/31/2019 | 43 NORTH MADISON SPR VALLEY | 2,472.91 | 710010 | |
| 710017 | 7/16/2019 | 8/31/2019 | 31 N madison  10977 spring valley | 545.43 | 710017 | |
| 710438 | 7/17/2019 | 8/31/2019 | 31 N. MADISON - 10977 | 1,090.86 | 710438 | |
| 712137 | 7/22/2019 | 8/31/2019 | | 545.43 | 712137 | |
| 712178 | 7/22/2019 | 8/31/2019 | 8 Dunhill - 10952 | 5,480.17 | 712178 | |
| 713653 | 7/24/2019 | 8/31/2019 | 14 PENNY 10950 | 1,882.31 | 713653 | |
| 713762 | 7/24/2019 | 8/31/2019 | 7 DORCHESTER  MONSEY | 1,781.38 | 713762 | |
| 714820 | 7/25/2019 | 8/31/2019 | | 545.43 | 714820 | |
| 714821 | 7/25/2019 | 8/31/2019 | 31 N Madison - 10977-1 | 545.43 | 714821 | |
| 717816 | 7/31/2019 | 8/31/2019 | 6 bohr 10977 spring valley | 1,767.76 | 717816 | |
| 719060 | 7/31/2019 | 8/31/2019 | 19 valley view | 2,472.91 | 719060 | |
| 719063 | 7/31/2019 | 8/31/2019 | 12 MOUNTAIN | 691.03 | 719063 | |
| 719071 | 7/31/2019 | 8/31/2019 | 43 north madison 10977 | 2,513.75 | 719071 | |
| 719448 | 8/1/2019 | 8/1/2019 | Service Charge | 2,054.50 | 719448 | |
| 720504 | 8/5/2019 | 9/30/2019 | 43 N MADSION #104 | 890.56 | 720504 | |
| 720506 | 8/5/2019 | 9/30/2019 | 4 ANN | 1,256.89 | 720506 | |
| 720507 | 8/5/2019 | 9/30/2019 | 165 GRANDVIEW | 691.03 | 720507 | |
| 720866 | 8/7/2019 | 9/30/2019 | 31 NORTH MADISON  SPR VALLEY | 890.56 | 720866 | |
| 720867 | 8/7/2019 | 9/30/2019 | 43 N MADSION #104 | 708.30 | 720867 | |
| 722283 | 8/9/2019 | 9/30/2019 | 110 SUNSET RD  BLAUVELT | 991.75 | 722283 | |
| 722284 | 8/9/2019 | 9/30/2019 | 7 OVERBROOK  10952 | 1,260.52 | 722284 | |

12 11.871. 10/10/2012

Statement As of Date: 3/31/2021

**USCO**
457 West End Avenue
North Plainfield, NJ 07060
908-757-3232
908-757-3232

United Supply
AIR CONDITIONING • HEATING
PLUMBING • GENERATORS

**Statement**
CUSTOMER ID
107061

| AS OF DATE | PAGE |
|---|---|
| 3/31/2021 | 3 of 5 |

**OPTIMUM AIR SOLUTION, INC.**
Customer ID:   107061
5 Jill Lane
Monsey, NY 10952
USA

845-642-5195

Total Amount Due:
240,991.78

| Invoice Number | Invoice Date | Due Date | Purchase Order Number | Amount Due | Invoice Number | Amount Enclosed |
|---|---|---|---|---|---|---|
| 723789 | 8/14/2019 | 9/30/2019 | 4 BROOKS EDGE 10956 | 970.50 | 723789 | |
| 723864 | 8/14/2019 | 9/30/2019 | 4 ANN    SPR VALLEY | 260.38 | 723864 | |
| 724344 | 8/14/2019 | 9/30/2019 | 31 N MADISON  RIGHT TOP 109 | 890.56 | 724344 | |
| 724345 | 8/14/2019 | 9/30/2019 | 31 N MADISON  TOP FLR-MID | 890.56 | 724345 | |
| 726195 | 8/20/2019 | 9/30/2019 | | -638.50 | 726195 | |
| 726494 | 8/20/2019 | 9/30/2019 | 85 WSET ST  SPRG VALLEY | 1,630.25 | 726494 | |
| 726549 | 8/20/2019 | 9/30/2019 | 371 REMSEN  10952 | 1,435.99 | 726549 | |
| 728031 | 8/23/2019 | 9/30/2019 | 181 BLAUVELT | 1,090.86 | 728031 | |
| 728049 | 8/23/2019 | 9/30/2019 | 181 BLAUVELT BACK | 2,293.69 | 728049 | |
| 730119 | 8/27/2019 | 9/30/2019 | 10 AMBER | 4,064.60 | 730119 | |
| 730156 | 8/27/2019 | 9/30/2019 | 181 BLAUVELT | 1,382.05 | 730156 | |
| 730157 | 8/27/2019 | 9/30/2019 | 6 MONSEY BLVD | 1,636.29 | 730157 | |
| 730158 | 8/27/2019 | 9/30/2019 | 85 WSET ST  SPRG VALLEY | 691.03 | 730158 | |
| 732000 | 8/30/2019 | 9/30/2019 | 181 Blauvelt Rd--Mid house | 2,472.91 | 732000 | |
| 732002 | 8/30/2019 | 9/30/2019 | 181 BLAUVELT RD-FROMT R&L | 2,606.68 | 732002 | |
| 732003 | 8/30/2019 | 9/30/2019 | 6 MONSEY BLVD--201-201-203 | 4,945.43 | 732003 | |
| 732004 | 8/30/2019 | 9/30/2019 | 6 monsey blvd 211--10952 | 691.03 | 732004 | |
| 732977 | 9/1/2019 | 9/1/2019 | Service Charge | 2,454.30 | 732977 | |
| 734123 | 9/6/2019 | 10/31/2019 | | 90.59 | 734123 | |
| 737446 | 9/17/2019 | 10/31/2019 | | 2,074.27 | 737446 | |
| 737447 | 9/17/2019 | 10/31/2019 | 11 Tempo | 638.72 | 737447 | |
| 737448 | 9/17/2019 | 10/31/2019 | 27 YALE | 3,101.24 | 737448 | |
| 737451 | 9/17/2019 | 10/31/2019 | 6 MONSEY BLVD 201&202 | 3,163.18 | 737451 | |
| 739810 | 9/23/2019 | 10/31/2019 | 21 VINCENT--CONDENSERS | 8,261.02 | 739810 | |
| 741421 | 9/26/2019 | 10/31/2019 | | -1,707.88 | 741421 | |
| 741547 | 9/26/2019 | 10/31/2019 | 17 south post airmont--pads | 214.61 | 741547 | |
| 741676 | 9/26/2019 | 10/31/2019 | 12 SOUTH POST AIRMONT | 5,167.78 | 741676 | |
| 741678 | 9/26/2019 | 10/31/2019 | 8 BLUEBIRD--COND UNITS | 4,229.30 | 741678 | |
| 744279 | 10/1/2019 | 10/1/2019 | Service Charge | 2,434.01 | 744279 | |
| 748928 | 10/15/2019 | 11/30/2019 | 4 ANN  - ADDITIONAL | 720.62 | 748928 | |

12 11 871, 10/10/2012

Statement As of Date: 3/31/2021



**USCO**
457 West End Avenue
North Plainfield, NJ 07060
908-757-3232
908-757-3232

AIR CONDITIONING • HEATING
PLUMBING • GENERATORS

**OPTIMUM AIR SOLUTION, INC.**
Customer ID:   107061
5 Jill Lane
Monsey, NY 10952
USA

845-642-5195

## Statement
**CUSTOMER ID**
107061

| AS OF DATE | PAGE |
|---|---|
| 3/31/2021 | 4 of 5 |

**Total Amount Due:**
240,991.78

| Invoice Number | Invoice Date | Due Date | Purchase Order Number | Amount Due | Invoice Number | Amount Enclosed |
|---|---|---|---|---|---|---|
| 748935 | 10/15/2019 | 11/30/2019 | 26  MEZRICH  NEW SQUARE | 485.01 | 748935 | |
| 757955 | 11/1/2019 | 11/1/2019 | Service Charge | 2,846.16 | 757955 | |
| 770999 | 12/1/2019 | 12/1/2019 | Service Charge | 2,917.60 | 770999 | |
| 782772 | 1/1/2020 | 1/1/2020 | Service Charge | 2,952.80 | 782772 | |
| 783470 | 1/6/2020 | 2/28/2020 | 21 MORRIS | 537.75 | 783470 | |
| 783471 | 1/6/2020 | 2/28/2020 | 6 SHERRI--ROUGH-IN | 1,009.43 | 783471 | |
| 783472 | 1/6/2020 | 2/28/2020 | 6 SHERRI | 233.17 | 783472 | |
| 784017 | 1/7/2020 | 2/28/2020 | 3  NANCY | 309.67 | 784017 | |
| 786291 | 1/14/2020 | 2/28/2020 | 8 BLUEBIRD CHESTNUT RIDGE 10952 | 638.50 | 786291 | |
| 794586 | 2/1/2020 | 2/1/2020 | Service Charge | 2,953.43 | 794586 | |
| 805717 | 3/1/2020 | 3/1/2020 | Service Charge | 3,036.33 | 805717 | |
| 807912 | 3/10/2020 | 4/30/2020 | 8  BLUEBIRD | 1,330.57 | 807912 | |
| 817156 | 4/1/2020 | 4/1/2020 | Service Charge | 3,061.25 | 817156 | |
| 825471 | 5/1/2020 | 5/1/2020 | Service Charge | 3,065.21 | 825471 | |
| 836423 | 6/1/2020 | 6/1/2020 | Service Charge | 3,233.87 | 836423 | |
| 847420 | 6/24/2020 | 7/31/2020 | 43 new country | 7,011.10 | 847420 | |
| 853333 | 7/1/2020 | 7/1/2020 | Service Charge | 3,073.71 | 853333 | |
| 861311 | 7/21/2020 | 8/31/2020 | 27 YALE-4 | 3,734.50 | 861311 | |
| 870595 | 8/1/2020 | 8/1/2020 | Service Charge | 3,268.35 | 870595 | |
| 874166 | 8/13/2020 | 9/30/2020 | 720 UNION, SPRING VALLEY | 19,199.39 | 874166 | |
| 885144 | 9/1/2020 | 9/1/2020 | Service Charge | 2,972.78 | 885144 | |
| 898464 | 10/1/2020 | 10/1/2020 | Service Charge | 3,305.16 | 898464 | |
| 912217 | 11/1/2020 | 11/1/2020 | Service Charge | 3,356.08 | 912217 | |
| 918375 | 11/18/2020 | 12/31/2020 | | 1,271.15 | 918375 | |
| 924804 | 12/1/2020 | 12/1/2020 | Service Charge | 3,386.04 | 924804 | |
| 938992 | 1/1/2021 | 1/1/2021 | Service Charge | 3,455.90 | 938992 | |
| 950498 | 2/1/2021 | 2/1/2021 | Service Charge | 3,578.04 | 950498 | |
| 961228 | 3/1/2021 | 3/1/2021 | Service Charge | 3,570.03 | 961228 | |

12 11.871, 10/10/2012

Statement As of Date: 3/31/2021



AIR CONDITIONING - HEATING
PLUMBING - GENERATORS

USCO
457 West End Avenue
North Plainfield, NJ 07060
908-757-3232
908-757-3232

**Statement**
CUSTOMER ID
107061

| AS OF DATE | PAGE |
|---|---|
| 3/31/2021 | 5 of 5 |

OPTIMUM AIR SOLUTION, INC.
Customer ID:   107061
5 Jill Lane
Monsey, NY 10952
USA
845-642-5195

Total Amount Due:
240,991.78

| Invoice Number | Invoice Date | Due Date | Purchase Order Number | Amount Due | Invoice Number | Amount Enclosed |
|---|---|---|---|---|---|---|
| | | | Total Amount Due: | 240,991.78 | | |

Invoice Age in Days

| Current | <= 30 | 31 to 60 | 61 to 90 | OVER 90 |
|---|---|---|---|---|
| 0.00 | 3,570.03 | 3,578.04 | 3,455.90 | 230,387.81 |

Total Amount Due:   240,991.78
Amount Enclosed:

*5/14/21   Pnd on Account   5000.00*

*New balance   #235991.78*

12 11.871. 10/10/2012

# Civil Case Information Statement

**Case Details: SOMERSET | Civil Part Docket# L-000784-21**

**Case Caption:** UNITED SUPPLY COMPAN Y  VS OPTIMUM AIR SOLUTION
**Case Initiation Date:** 06/07/2021
**Attorney Name:** ANDREW R TURNER
**Firm Name:** TURNER LAW FIRM, LLC
**Address:** 76 SOUTH ORANGE AVE. P.O. BOX 526 SOUTH ORANGE NJ 07079
**Phone:** 9737635000
**Name of Party:** PLAINTIFF : United Supply Company
**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** BOOK ACCOUNT (DEBT COLLECTION MATTERS ONLY)
**Document Type:** Complaint
**Jury Demand:** NONE
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: United Supply Company?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Business

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
  **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
  **If yes, for what language:**


**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

06/07/2021                                                                                           /s/ ANDREW R TURNER
Dated                                                                                                                  Signed