# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED SUPPLY COMPANY, DIVISION OF USCO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>OPTIMUM AIR SOLUTION INC.,<br><br>    Defendant. | Civil Action No. 21-14408 (MAS) (RLS)<br><br><br>**AMENDED SCHEDULING<br>ORDER** |

**THIS MATTER** having come before the Court by way of a status conference on September 6, 2022; and for good cause shown,

**IT IS, THEREFORE,** on this 9th day of September 2022,

**ORDERED** that the case schedule is hereby amended as follows:

1. Any motion to amend the pleadings or join new parties must be with leave of Court and filed no later than **October 21, 2022**;

2. Fact discovery shall be completed before **January 31, 2023**. This deadline will not be extended absent a showing of good cause upon timely application;

3. Dispositive motions may be filed by no later than **February 15, 2023**. Counsel are to notify Chambers within five (5) business days of a decision on any dispositive motions if the decision does not resolve all issues in the case; and it is further

**ORDERED** that a telephone status conference will be held before the undersigned on **November 21, 2022 at 4:00 p.m.** The Court shall provide dial-in information for the conference at a later date. **No later than three (3) business days prior to the telephone status conference, the parties shall submit a joint status letter to the Court via CM/ECF not to exceed three (3) pages, setting forth the status of discovery and identifying any issues ripe for discussion with the Court**; and it is further

**ORDERED** that no other terms of the Court's prior scheduling orders are amended by this Order.

**SO ORDERED.**

/S/ Rukhsanah L. Singh
**RUKHSANAH L. SINGH**
**United States Magistrate Judge**